■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROOSEVELT HOWARD, Appellant. [700 NYS2d 899] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of murder in the second degree (Penal Law § 125.25 [1]) and criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]). We conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495) and that Supreme Court properly allowed the prosecutor to impeach defendant on cross-examination with suppressed statements made by defendant at the time of his arrest (*see, People v Dansa,* 172 AD2d 1011, 1012, *lv denied* 78 NY2d 964). Defendant did not preserve for our review his contention that

the court violated CPL 310.30 by failing to disclose the contents of two jury notes (*see,* CPL 470.05 [2]). The court read the notes in open court before responding to them, and "[d]efendant did not lodge any objection to the manner of proceeding or the substance of the court's responses" (*People v Starling,* 85 NY2d 509, 514; *see, People v DePillo,* 262 AD2d 996, *lv denied* 93 NY2d 1044; *People v Fontanez,* 254 AD2d 762, 763, *lv denied* 93 NY2d 852). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). Defendant's remaining contentions concerning the trial are not preserved for our review (*see,* CPL 470.05 [2]), and we decline to exercise our power to review them as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). Finally, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Murder, 2nd Degree.) Present— Pine, J. P., Wisner, Hurlbutt and Balio, JJ.